Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# U.S. District Court
## District of North Dakota (Eastern)
## CRIMINAL DOCKET FOR CASE #: 3:21-cr-00137-PDW-1

| | |
|---|---|
| Case title: USA v. Jones | Date Filed: 07/21/2021 |
| | Date Terminated: 11/22/2022 |

Assigned to: Chief Judge Peter D. Welte

**Defendant (1)**

| | | |
|---|---|---|
| **Ronald Stefan Jones**<br>*TERMINATED: 11/22/2022* | represented by | **Christopher P. Bellmore**<br>Federal Public Defender<br>112 Roberts Street North<br>Suite 200<br>Fargo, ND 58102<br>701-239-5111<br>Fax: 701-239-5098<br>Email: chris_bellmore@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1361 - INJURY OR DEPREDATION AGAINST GOVERNMENT PROPERTY (1) | 15 months imprisonment with credit for time served (concurrent with Washington County, OR sentence); 3 years supervised release; $100 special assessment; $53,587.50 restitution. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**      represented by    **Richard Michael Lee**
DOJ-USAO
Quentin N. Burdick United States Courthouse
U.S. Attorney's Office
655 First Avenue North, Ste 250
Fargo, ND 58102-4932
701-297-7400
Email: richard.lee3@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: USA*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2021 | 1 | SEALED INDICTMENT as to Ronald Stefan Jones (1) count(s) 1. (Attachments: # 1 Criminal Cover Sheet) (pb) (Entered: 07/22/2021) |
| 07/21/2021 | 2 | Redacted Indictment as to Ronald Stefan Jones. (pb) (Entered: 07/22/2021) |
| 03/28/2022 | 4 | MOTION for miscellaneous relief (enter guilty plea, dismiss, trial) by Ronald Stefan Jones. (Attachments: # 1 Mailing Envelope)(td) (Entered: 03/29/2022) |
| 03/29/2022 |   | Case unsealed as to Ronald Stefan Jones (js) (Entered: 03/29/2022) |
| 03/29/2022 | 5 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Ronald Stefan Jones. (js) (Entered: 03/29/2022) |
| 03/29/2022 | 6 | (Text Only) ORDER by Magistrate Judge Alice R. Senechal granting 5 Motion for Writ of Habeas Corpus ad prosequendum as to Ronald Stefan Jones (1) (js) (Entered: 03/29/2022) |
| 03/29/2022 | 7 | Writ of Habeas Corpus ad Prosequendum Issued as to Ronald Stefan Jones for 5/24/2022 (js) (Entered: 03/29/2022) |
| 03/29/2022 | 8 | NOTICE OF HEARING as to Ronald Stefan Jones: Initial Appearance and Arraignment set for 5/24/2022 at 10:00 AM in Fargo Courtroom 2 before Magistrate Judge Alice R. Senechal. (FPD Bellmore advised)(js) (Entered: 03/29/2022) |
| 05/17/2022 | 9 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Ronald Stefan Jones. (pb) (Entered: 05/17/2022) |
| 05/17/2022 | 10 | (Text Only) ORDER by Magistrate Judge Alice R. Senechal granting 9 Motion for Writ of Habeas Corpus ad prosequendum as to Ronald Stefan Jones (1) (pb) (Entered: 05/17/2022) |
| 05/17/2022 | 11 | Writ of Habeas Corpus ad Prosequendum Issued as to Ronald Stefan Jones for 06/22/2022 (pb) (Entered: 05/17/2022) |
| 05/18/2022 | 12 | NOTICE OF HEARING as to Ronald Stefan Jones: Initial Appearance and Arraignment REset for 6/22/2022 at 01:30 PM in Fargo Courtroom 2 before Magistrate Judge Alice R. Senechal. (Previously set for 5/24/2022 at 10:00 AM)(js) (Entered: 05/18/2022) |
| 05/18/2022 |   | Arrest of Ronald Stefan Jones in Ontario, OR. (sj) (Entered: 06/24/2022) |
| 06/22/2022 | 13 | NOTICE OF HEARING as to Ronald Stefan Jones: Initial Appearance and Arraignment RESET for 6/23/2022 at 3:00 PM in Fargo Courtroom 2 before Magistrate Judge Alice R. |

| | | |
|---|---|---|
| | | Senechal. (Previously set for 6/22/2022 at 1:30pm.) NOTE: FPD notified.(lc) (Entered: 06/22/2022) |
| 06/23/2022 | 14 | Minute Entry for proceedings held before Magistrate Judge Alice R. Senechal: Initial Appearance as to Ronald Stefan Jones held on 6/23/2022. Arraignment as to Ronald Stefan Jones (1) Count 1 held on 6/23/2022. Added attorney Christopher P. Bellmore for Ronald Stefan Jones. Order of detention to be filed. (DR #220623-000 Jones) (lc) (Entered: 06/23/2022) |
| 06/23/2022 | 15 | RULE 5(f) ORDER as to Ronald Stefan Jones by Magistrate Judge Alice R. Senechal. (KT) (Entered: 06/23/2022) |
| 06/23/2022 | 16 | ORDER OF DETENTION Pending Trial as to Ronald Stefan Jones by Magistrate Judge Alice R. Senechal. (KT) (Entered: 06/23/2022) |
| 06/23/2022 | 17 | Financial Affidavit by Ronald Stefan Jones (lc) (Entered: 06/23/2022) |
| 06/23/2022 | 18 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Ronald Stefan Jones by Magistrate Judge Alice R. Senechal. (lc) (Entered: 06/23/2022) |
| 06/23/2022 | 19 | PRETRIAL ORDER AND JURY TRIAL NOTICE as to Ronald Stefan Jones by Magistrate Judge Alice R. Senechal. Jury Trial set for 8/30/2022 at 9:30 AM in Fargo Courtroom 1 before Chief Judge Peter D. Welte. Trial estimate: 2 days. (lc) (Entered: 06/23/2022) |
| 06/24/2022 | 20 | Arrest Warrant Returned Executed on 5/18/2022 as to Ronald Stefan Jones. (sj) (Entered: 06/24/2022) |
| 06/24/2022 | 21 | Writ of Habeas Corpus ad Prosequendum as to Ronald Stefan Jones Returned Unexecuted. (sj) (Entered: 06/24/2022) |
| 06/24/2022 | 22 | Writ of Habeas Corpus ad Prosequendum Returned Executed as to Ronald Stefan Jones on 6/22/2022. (sj) (Entered: 06/24/2022) |
| 06/24/2022 | 23 | NOTICE OF ATTORNEY APPEARANCE: Christopher P. Bellmore appearing for Ronald Stefan Jones (Bellmore, Christopher) (Entered: 06/24/2022) |
| 06/24/2022 | 24 | Invocation of Rights under the 5th & 6th Amendments as to Ronald Stefan Jones (Bellmore, Christopher) (Entered: 06/24/2022) |
| 06/24/2022 | 25 | Request pursuant to Rule 404(b) as to Ronald Stefan Jones (Bellmore, Christopher) (Entered: 06/24/2022) |
| 06/24/2022 | 26 | Request for Notice pursuant to Rule 609(b) as to Ronald Stefan Jones (Bellmore, Christopher) (Entered: 06/24/2022) |
| 06/24/2022 | 27 | Request for Notice pursuant to Rule 807(b) as to Ronald Stefan Jones (Bellmore, Christopher) (Entered: 06/24/2022) |
| 06/27/2022 | 28 | ORDER by Chief Judge Peter D. Welte denying 4 Motion to enter guilty plea, dismiss, trial as to Ronald Stefan Jones (1). (EA) (Entered: 06/27/2022) |
| 06/28/2022 | 29 | STIPULATED DISCOVERY ORDER AND PROTECTIVE ORDER as to Ronald Stefan Jones by Magistrate Judge Alice R. Senechal. (pb) (Entered: 06/28/2022) |
| 08/02/2022 | 30 | PLEA AGREEMENT as to Ronald Stefan Jones (Lee, Richard) (Entered: 08/02/2022) |
| 08/02/2022 | 31 | PLEA AGREEMENT SUPPLEMENT as to Ronald Stefan Jones re 30 Plea Agreement. (Lee, Richard) (Entered: 08/02/2022) |

| | | |
|---|---|---|
| 08/02/2022 | | Deadlines and Hearings Terminated as to Ronald Stefan Jones. Jury Trial set for 8/30/2022 at 9:30 AM in Fargo Courtroom 1 before Chief Judge Peter D. Welte is CANCELLED per Plea Agreement at 30 . (pb) (Entered: 08/02/2022) |
| 08/02/2022 | 32 | NOTICE OF HEARING as to Ronald Stefan Jones: Change of Plea Hearing set for 8/19/2022 at 11:00 AM in Fargo Courtroom 1 before Chief Judge Peter D. Welte. (EA) (Entered: 08/02/2022) |
| 08/19/2022 | 33 | Minute Entry for proceedings held before Chief Judge Peter D. Welte: Change of Plea Hearing held on 8/19/2022 as to Ronald Stefan Jones. Ronald Stefan Jones (1) Guilty Count 1. (Court Reporter KK) (td) (Entered: 08/19/2022) |
| 08/19/2022 | 34 | NOTICE OF HEARING as to Ronald Stefan Jones: Sentencing set for 11/22/2022 at 01:30 PM in Fargo Courtroom 1 before Chief Judge Peter D. Welte. (td) (Entered: 08/19/2022) |
| 11/15/2022 | 36 | PRESENTENCE INVESTIGATION REPORT as to Ronald Stefan Jones (mz) (Entered: 11/15/2022) |
| 11/22/2022 | 37 | Minute Entry for proceedings held before Chief Judge Peter D. Welte: Sentencing as to Ronald Stefan Jones held on 11/22/2022 (DR #221122-002jones) (lh) (Entered: 11/22/2022) |
| 11/22/2022 | 38 | JUDGMENT by Chief Judge Peter D. Welte as to Ronald Stefan Jones, Count 1: 15 months imprisonment with credit for time served (concurrent with Washington County, OR sentence); 3 years supervised release; $100 special assessment; $53,587.50 restitution. (lh) (Entered: 11/22/2022) |
| 11/22/2022 | 39 | STATEMENT OF REASONS re 38 Judgment as to Ronald Stefan Jones by Chief Judge Peter D. Welte. (lh) (Entered: 11/22/2022) |