IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| RONALD STEFAN JONES | Violation: 18 U.S.C. § 1361 |

**Injury or Depredation Against Government Property**

The Grand Jury Charges:

On or about May 31, 2021, in the District of North Dakota,

RONALD STEFAN JONES

willfully and by means of throwing a rock, did injure and commit a depredation against property of the United States and any department or agency thereof, that is, the Quentin N. Burdick United States Courthouse located in Fargo, North Dakota, thereby causing damage to such property in an amount exceeding $1,000.00;

In violation of Title 18, United States Code, Section 1361.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Nicholas W. Chase
NICHOLAS W. CHASE
Acting United States Attorney

RML/ljc